```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Richard A. Waite

    v.

                                    Case No. 19-cr-259-LM-AJ

Northern NH Correctional Facility,
Warden

ORDER

    No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 26, 2024. For the reasons explained therein, the petitioner's motion for default (Doc. No. 24) is denied.

                                          _____
                                          Landya B. McCafferty
                                          United States District Judge

Date: January 17, 2025

cc:   Richard A. Waite, pro se
       Counsel of Record