UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Richard A. Waite

    v.                                                               Case No. 19-cr-259-LM

Northern NH Correctional Facility, Warden

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 28, 2025. For the reasons explained therein, Waite's motion for summary judgment (doc. no. 31) is denied without prejudice. Further, the respondent's motion for summary judgment (doc. no. 49) is granted to the extent it seeks judgment on Claims 4(a), 4(b), 5(a), and 5(b), and otherwise denied without prejudice to the respondent's ability to assert the arguments at a later stage of the case.

SO ORDERED.

_____
Landya B. McCafferty
Chief Judge

Date: March 27, 2025

cc:    Richard A. Waite, pro se
        Counsel of Record